```
Lawrence W. Fasano, Jr., Esq. (SB# 80017)
FASANO LAW OFFICE
201 Mission Street, 12th Floor
San Francisco, CA 94105
Telephone: (415) 432-4401
Facsimile: (415) 432-4405

Attorneys for Plaintiff
RUFUS L. COLE
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| RUFUS L. COLE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REGUS, individually, dba REGUS SAN FRANCISCO, and dba REGUS MANAGEMENT GROUP, LLC, and DOES 1 to 50,<br><br>　　　　Defendants. | Case No. 3:15-CV-01970<br><br>**NOTICE OF VOLUNTARY DISMISSAL & [PROPOSED] ORDER** |

TO THE HONORABLE COURT, ALL PARTIES HEREIN, AND THEIR RESPECTIVE COUNSEL OF RECORD:

　　The parties have settled the above-captioned matter. Plaintiff requests the dismissal of this lawsuit pursuant to Federal Rule of Civil Procedure 41(a). Such dismissal shall be with prejudice, with each side to bear its own costs and fees.

1  Dated: November 13, 2015

2  FASANO LAW OFFICE

3

4  /s/ Lawrence W. Fasano, Jr.
5  Lawrence W. Fasano, Jr.
   Plaintiff's Counsel
6

7

8

9

10

11  **ORDER OF DISMISSAL**

12  The above request for dismissal is granted and the above-captioned matter is

13  dismissed with prejudice.

14

15

16  IT IS SO ORDERED.

17

18  Dated: November 13, 2015                 _____
19                                           UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Maria-Elena James*

# PROOF OF SERVICE

Rufus L. Cole v. Regus, et al.
United States District Court, Northern District of California, San Francisco
Case No. 3:15-cv-01970

    I am a resident of California, over the age of 18 years, and am not a party to the within action. My business address is 201 Mission Street, 12th Floor, San Francisco, California 94105. On November 13, 2015, I served the within document(s):

**1.**    **NOTICE OF VOLUNTARY DISMISSAL & [PROPOSED] ORDER**

On the party(ies) addressed below:

    [ ]    by placing the document(s) listed above in a sealed envelope with postage fully prepaid, in the United States mail, addressed as set forth below. I am readily familiar with the office practice and procedure for the collection and processing of correspondence for mailing. In the ordinary course of the office business practice, correspondence would be deposited with the United States Postal Service on the same date that it is placed at the office with postage thereon fully prepaid.

    [ ]    by causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below via messenger service.

    [ ]    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

    [ ]    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

    [X]    by transmitting via electronic mail the document(s) listed above to the electronic mail address set forth below on this date before 5:00 p.m.

Thomas Simmons Lee
Bryan Cave LLP
tom.lee@bryancave.com

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 13, 2015 in San Francisco, California.

    /s/Venna Louie
    Venna Louie